UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cr-00462-SVW-10 | Date | November 4, 2026 |
| Title | United States v. Lanisha Jenkins | | |

Present: The Honorable Margo A. Rocconi, United States Magistrate Judge

| | |
|---|---|
| Erica Valenca | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Government: | Attorney Present for Defendant: |
| Alex Young | John Targowski |

**Proceedings:** ORDER OF TEMPORARY DETENTION

Defendant is alleged to have failed to report to the Probation Officer as directed, failed to report to the Probation Officer any change in residence or employment within 72 hours, and absconded from supervision.

The Government and Defendant's counsel have agreed to postpone the detention hearing until November 9, 2026. Until the Court makes a bond determination on November 9, 2026, Defendant is ordered temporarily **DETAINED**.